UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
PHILLIP NORRIS,

                            Plaintiff,

    v.                                              9:06-CV-0397
                                              (DNH)(GHL)

DOCTOR LESTER N. WRIGHT, Chief Medical Officer,

                            Defendant.
-------------------------------------------------------------------------
APPEARANCES:                   OF COUNSEL:

PHILLIP NORRIS
Plaintiff, *pro se*
96-A-7589

HON. ANDREW M. CUOMO        CHRISTINA L. ROBERTS-RYBA, ESQ.
Office of the Attorney General
State of New York
Department of Law
The Capitol
Albany, New York 12224

GEORGE H. LOWE, U.S. Magistrate Judge

## DECISION and ORDER

Presently before the Court is a Motion to Compel Discovery filed by Phillip Norris ("Norris").  Docket No. 36.  Defendant opposes the Motion. Docket No. 37.  At the time Plaintiff commenced this action he was incarcerated.  However, the docket reflects that Plaintiff was released from custody on our about July 11, 2007.  Dkt. No. 29.

In his Motion, Plaintiff seeks to compel responses to a set of discovery demands he served on January 9, 2008.[1]  Those discovery demands, which in number total four (4) demands, sought the production of documents and video tapes for Plaintiff's inspection.  *Id.* The caption of the Demands

---

[1]The Demands are annexed to Defendant's opposition papers.  Dkt. No. 37.

references Rule 26 of the Federal Rules of Civil Procedure, not Rule 34.  *Id.*  There is no further

reference to the Federal Rules of Civil Procedure in Plaintiff's Demands. *Id.*

Defendant opposes the Motion on the sole basis that this case is exempt from the mandated

disclosures requirements of Rule 26, pursuant to Rule 26(a)(1)(B)(iv).  However, Plaintiff, who is

appearing *pro se*, seeks  responses to four (4) specific demands, tailored to the allegations at issue in

this case, that are proper pursuant to Rule 34.

Accordingly, Plaintiff's discovery demands dated January 9, 2007, Annexed to Docket No.

37 as part of Exhibit A, shall be deemed Demands for Documents and Electronically Stored

Information, served pursuant to Rule 34 as of the entry date of this Order.  Defendants shall provide

all responsive documents to Plaintiff, at no cost or fee, within thirty (30) days from the entry date of

this Order.  Further, Defendants shall make all responsive video tapes or other electronically stored

information, that is responsive to Plaintiff's demands, available to Plaintiff at a mutually agreeable

time and location, within 30 days from the entry date of this Order.

WHEREFORE, it is hereby

ORDERED, that Plaintiff's Motion to Compel Discovery is granted to the extent set forth

herein.  Plaintiff's Demands, dated January 9, 2007, Annexed to Docket No. 37 as part of Exhibit

A,  shall be deemed to have been served pursuant to Rule 34 as of the entry date of this Order, and it

is further

ORDERED, that Defendants shall provide copies of all responsive documents to Plaintiff, at

no cost or fee, within thirty (30) days from the entry date of this Order.  Further, Defendants shall

make all responsive video tapes or other electronically stored information that is responsive to

Plaintiff's demands, available for Plaintiff's review, at a mutually agreeable time and location,

within 30 days from the entry date of this Order, and it is further

ORDERED, that the discovery deadline is reset to May 23, 2008 and the motion to compel

filing deadline is reset to June 13, 2008.  The dispositive motion filing deadline remains August 15,

2008, and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties in accordance with the

Local Rules.

IT IS SO ORDERED.


Dated: March 25, 2008
   Syracuse, New York

George H. Lowe
United States Magistrate Judge